AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

CLARENCE EDWARD SMITH

Case No.   2:03cr238-01-MHT
          (WO)
USM No.   11486-002

Jeff M. Compton, Sr.
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of condition(s) ___3 of the Amended___ Petition filed 12/21/09 of the term of supervision.

X was found in violation of condition(s) count(s) _2, 4, & 5 of the Amended_ Petition filed 12/21/09 after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to answer truthfully to inquires by the probation officer, or the defendant failed to follow the instructions of the probation officer. | 10/26/2009 |
| 3 | The defendant failed to participate in drug testing and/or treatment as directed by the probation officer. | 10/29/2009 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

X Violation No. 1 dismissed by Court on Government's Oral Motion

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: _6856_

Defendant's Year of Birth:   1979

City and State of Defendant's Residence:
      Montgomery, Alabama

April 22, 2010
Date of Imposition of Judgment

Signature of Judge

MYRON H. THOMPSON, U.S. DISTRICT JUDGE
Name and Title of Judge

4/28/2010
Date

AO 245D   (Rev. 12/07) Judgment in a Criminal Case for Revocations
          Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: CLARENCE EDWARD SMITH
CASE NUMBER: 2:03cr238-01-MHT

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 4 | The defendant failed to work regularly at a lawful occupation and was not excused by the probation officer for schooling, training or other acceptable reasons. | 10/17/2009 |
| 5 | The defendant possessed a firearm or other destructive device. | 12/17/2009 |

AO 245D    (Rev. 12/07) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT:        CLARENCE EDWARD SMITH
CASE NUMBER:      2:03cr238-01-MHT

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

24 Months. The term of supervised release imposed on March 21, 2005 is hereby REVOKED.

☐   The court makes the following recommendations to the Bureau of Prisons:

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐   at _____ ☐ a.m. ☐ p.m. on _____ .
    ☐   as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐   before 2 p.m. on _____ .
    ☐   as notified by the United States Marshal.
    ☐   as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL